DOUGLAS A. SCULLION (State Bar No. 215339)
doug.scullion@dentons.com
ANNA RASSOULI (State Bar No. 260911)
anna.rassouli@dentons.com
DENTONS US LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708
Telephone:  (415) 882-5000
Facsimile:   (415) 882-0300

Attorneys for Defendants
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY and THE
MBLOX, INC. GROUP INSURANCE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN MORGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY and THE MBLOX, INC. GROUP INSURANCE PLAN,<br><br>    Defendants. | Case No.  3:13-CV-04496-LB<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT THE MBLOX, INC. GROUP INSURANCE PLAN WITHOUT PREJUDICE**<br>ORDER |

Plaintiff Kathleen Morgan and defendant The Lincoln National Life Insurance Company ("Lincoln") through their respective counsel hereby stipulate to dismiss named defendant The mBlox, Inc. Group Insurance Plan without prejudice pursuant to Rule 41(a)(1)(A)(ii) and to amend the case caption to reflect dismissal.

This dismissal is based on the parties' agreement that (1) the long term disability plan at issue in this case is fully insured by Group Long Term Disability Policy No. 10111274 ("Policy") issued by defendant Lincoln; (2) Lincoln is responsible for payment of all sums that may be due to plaintiff under this Policy; (3) Lincoln will pay all sums, if any, that this Court finds to be due to plaintiff arising from the allegations set forth in the Complaint, including any award of attorneys' fees and/or costs; and (4) Lincoln will not assert failure to name the employer or plan as a defense in this matter.

The parties therefore respectfully ask the Court to dismiss defendant The mBlox, Inc. Group Insurance Plan, without prejudice, and to amend the case caption accordingly.

IT IS SO STIPULATED.

Dated:   October 30, 2013

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By   /s/ Julie Wilensky
       NINA WASOW
       JULIE WILENSKY

Attorneys for Plaintiff
KATHLEEN MORGAN

Dated:   October 30, 2013

DENTONS US LLP

By   /s/ Douglas A. Scullion
       DOUGLAS A. SCULLION
       ANNA RASSOULI

Attorneys for Defendants
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and THE MBLOX, INC. GROUP INSURANCE PLAN

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: November 12, 2013

UNITED STATES MAGISTRATE JUDGE