UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KATHLEEN MORGAN,

    Plaintiff,

    v.

LINCOLN NATIONAL LIFE INSURANCE CO.,

    Defendant.

Case No. 13-cv-04496-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 29

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: March 31, 2014

_____
WILLIAM H. ORRICK
United States District Judge